COUCH vs. HUGHES.

See LEWIS vs. LEWIS, ante.

ERROR to Platte Circuit Court.

NAPTON, J , delivered the opinion of the court.

The facts of this case are substantially the same with those of the case of Lewis vs. Lewis. It was a bill in chancery praying for a decree of title from the person who had entered a quarter section of land, upon which the complainant had a right of pre-emption, but which pre-emption right was not allowed by the register and receiver. The bill was demurred to, and the demurrer was sustained.

The decree of the circuit court is affirmed.